**UNITED STATES BANKRUPTCY COURT**
**District of Maine**

Case No.: 10–10795
Chapter: 7

In Re: Mickey David Lacroix

**ORDER TO COMPLY WITH BANKRUPTCY RULES 1007 AND 3015(b) AND**
**NOTICE OF INTENT TO DISMISS CASE UNDER 11 U.S.C. §109(g)(1)**

To Debtor and Debtor's Attorney of Record:

**YOU FAILED TO FILE THE FOLLOWING DOCUMENTS OR YOU USED OBSOLETE FORMS OR THE FOLLOWING DOCUMENTS WERE INCOMPLETE, AND THESE DEFICIENCIES MUST BE REMEDIED BY:**

- ☐ Voluntary Petition **(Official Form 1)**
- ☐ Filing Fee ($299) or Application to Pay Filing Fee in Installments (Official Form 3A) and Initial Payment of $74.75 or Waiver of Filing Fee (Official Form 3B) (Personal checks will not be accepted.)
- ☐ Signature of debtor or attorney or petition preparer on the petition
- ☐ Notice to Debtor by Bankruptcy Petition Preparer (Official Form 19B)
- ☐ Creditor Matrix
- ☐ Verification of Creditor Matrix
- ☐ Statement of Social Security Number (Official Form 21)

**YOU FAILED TO FILE THE FOLLOWING DOCUMENTS OR YOU USED OBSOLETE FORMS OR THE FOLLOWING DOCUMENTS WERE INCOMPLETE, AND THESE DEFICIENCIES MUST BE REMEDIED BY: 6/3/10**

- ☐ Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement
- ☐ Certificate of Credit Counseling and Debt Repayment Plan or certification or request for waiver
- ☐ Statement Disclosing Compensation Paid or to be Paid to Bankruptcy Petition Preparer
- ☐ Statement of Current Monthly Income and Means Test Calculation (Official Form 22A)
- ☐ Schedules of Assets and Liabilities (Off. Form 6): ☐ A ☐ B ☐ C ☐ D ☐ E ☐ F ☐ G ☐ H ☐ I ☐ J
    (File forms with a notation of "None" if they are not applicable to your case.)
- ☐ Summary of Schedules (Off. form 6–Sum.)   ☐ Statistical Summary of Certain Liabilities (Off. Form 6–Sum.)
- ☐ Signed Statement of Financial Affairs (Official Form 7)
- ☐ Statement Disclosing Compensation Paid to or to Be Paid to the Attorney for the Debtor
- ☒ Other: Please file a complete Ch. 7 Statement of Current Monthly Income & Means Test Calculation.

**YOU FAILED TO FILE THE FOLLOWING DOCUMENT OR THE FOLLOWING DOCUMENT WAS INCOMPLETE, AND THIS DEFICIENCY MUST BE REMEDIED BY:**
- ☐ Statement of Intention Regarding Secured Property (Official Form 8)

According to the Bankruptcy Rules 1007 and 3015(b), you must file the above–referenced document(s) by the dates noted above. If the Bankruptcy Code provides the opportunity to file a motion for an extension of the time to file the above–referenced document(s), you must file that motion by the date(s) noted above. **If you do not timely file the document(s) or a proper motion, the Court will dismiss your case without further notice.**

**BY ORDER OF THE COURT**

**Dated: 5/21/10**

/s/ Louis H. Kornreich *by akr*
**United States Bankruptcy Judge**