# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| MICKEY DAVID LACROIX, ) | Case No. 10-10795 |
| ) | |
| Debtor. ) | |

## NOTICE OF HEARING

The Office of the United States Trustee has filed a ***Motion for Examination under Fed. R. Bankr. P. 2004*** (the "Motion"). A hearing has been set to take place at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine on **August 5, 2010 at 10:00 a.m.**

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then **on or before July 29, 2010** you or your attorney must file with the court a written response, an answer, explaining your position. If you are not able to access CM/ECF Filing System, your written response should be served upon the Court at:

> Alec Leddy, Clerk
> United States Bankruptcy Court
> 202 Harlow Street
> Bangor, ME 04401

If you do have to mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: July 6, 2010     Respectfully submitted,

> JOHN P. FITZGERALD III, ESQ.
> ACTING UNITED STATES TRUSTEE
>
> By:  */s/ Stephen G. Morrell*
> Assistant U.S. Trustee
> DEPARTMENT OF JUSTICE
> Office of the U.S. Trustee
> 537 Congress Street
> Portland, ME  04101
> stephen.g.morrell@usdoj.gov
> (207) 780-3564 – Ext. 205