# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

MICKEY DAVID LACROIX,

        Debtor.

Chapter 7
Case No. 10-10795

## ORDER GRANTING MOTION FOR EXAMINATION
## UNDER FED. R. BANKR. P. 2004

The United States Trustee having filed a Motion for Examination Under Fed. R. Bankr. P. 2004 (the "Motion") and the Court having reviewed the record and being otherwise sufficiently advised,

**THE COURT FINDS AND CONCLUDES THAT:**

    A. Good cause has been shown in support of the Motion, and no further notice is necessary or required;

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The United States Trustee's Motion is granted GRANTED;

2. The Petition Preparer shall produce the requested documents at or before 12:00 p.m. noon on August 19, 2010 at the Office of the United States Trustee, 537 Congress, Street, Portland, Maine; and

3. The Petition Preparer shall appear no later than August 26, 2010 at 10:00 a.m. at the Office of the U.S. Trustee for an examination under Fed. R. Bank. P. 2004.

This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered

Dated: _____

                                The Honorable Louis H. Kornreich.
                                Chief Judge, United States Bankruptcy Court