# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MAINE (BANGOR)

IN RE:      X

**Mickey David Lacroix**      X     Case No. **10-10795**

DEBTOR      X     Chapter 7

*To:*    *Trustee*
**Gary M. Growe**
50 Columbia Street
Bangor, ME 04401

*U.S. Trustee*
**Office of U.S. Trustee**
537 Congress Street, Room 302
Portland, ME 04101

All affected Creditors as listed in Exhibit "A"

## NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULES

YOU ARE HEREBY NOTICE that the above named debtor has filed with the Bankruptcy Court an Amendment to Schedule F (see copy of Notice of Creditors Meeting and Amended Schedule attached).

The Section 341(a) Creditors Meeting notice has been issued to the below named creditors, with this Notice of amendment.

Date: 6/8/2010

Mickey David Lacroix

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
# District of Maine

IN RE: Lacroix, Mickey David
Debtor(s)

Case No. **10-10795**

Chapter **7**

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 755.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 30,574.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 628.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 705.00 |
| TOTAL | | 14 | $ 755.00 | $ 30,574.28 | |

# United States Bankruptcy Court
## District of Maine

IN RE:                                                                                   Case No. **10-10795**

**Lacroix, Mickey David**                                            Chapter **7**

Debtor(s)

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 628.33 |
| Average Expenses (from Schedule J, Line 18) | $ 705.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 711.25 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 30,574.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 30,574.28 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Lacroix, Mickey David _____ Case No. 10-10795 _____
          Debtor(s)                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Advanced Collection Services** <br> P.O. Box 7103 <br> Lewiston, ME 04243-7103 | | | **Collection Account - Parkview Adventist Medical Center - medical expenses** | | | | 1,746.00 |
| ACCOUNT NO. <br> **Affiliated Laboratory Inc.** <br> P.O. Box 638 <br> Bangor, ME 04402-0638 | | | **Medical Expenses - 3/2010** | | | | 203.75 |
| ACCOUNT NO. 545236002578XXXX <br> **Bank Of America** <br> P.O. Box 17054 <br> Wilmington, DE 19850 | | N | **4/2004 Credit cards** | | | | 11,487.00 |
| ACCOUNT NO. 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-xxxx <br> **CMP** <br> P.O. Box 1084 <br> Augusta, ME 04332-1084 | | | **Collection Account** | | | | 232.33 |

___2___ continuation sheets attached

Subtotal (Total of this page) $ 13,669.08

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 39822751<br>Collection Company Of America<br>700 Longwater Drive<br>Norwell, MA 02061 | | | 12/2009 | | | | 756.00 |
| ACCOUNT NO. 1561913168<br>Credit Protection Association<br>13355 Noel Road, Ste. 2100<br>Dallas, TX 75240 | | | 10/2009 | | | | 354.00 |
| ACCOUNT NO.<br>David Bellville<br>4 Stanwood Street<br>Brunswick, ME 04011 | | | Collection Account | | | | 509.20 |
| ACCOUNT NO. 108587270<br>Eastern Mairine Medical Center<br>43 Whiting Hill Road, Ste. 300<br>Brewer, ME 04412-1006 | | | Medical Expenses - 2/8/2010 | | | | 674.00 |
| ACCOUNT NO. 1139822751<br>EOS CCA<br>P.O. Box 296<br>Norwell, MA 02061 | | | Collection Account - US Cellular | | | | 756.86 |
| ACCOUNT NO.<br>Freeport Rescue Unit N.E.T.<br>4 Main Street<br>Freeport, ME 04032 | | | Medical Expenses - 3/2010 | | | | 471.00 |
| ACCOUNT NO.<br>Geico<br>P.O. Box 9506<br>Fredericksburg, VA 22403 | | | Insurance fees | | | | 33.83 |

Sheet no. __1__ of __2__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) $ 3,554.89

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE Lacroix, Mickey David     Case No. 10-10795
Debtor(s)    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 86021977151<br>Maine General Medical Center<br>6 E.Chestnut Street<br>August, ME 04330 | | | Medical Expenses | | | | 7,232.25 |
| ACCOUNT NO.<br>Mitchell Pulver<br>GEICO<br>153 Park Row, Ste. B<br>Brunswick, ME 04011 | | | Insurance Fees | | | | 33.83 |
| ACCOUNT NO. WW3972<br>Rockford Mercantile<br>2502 S. Alpine Road<br>Rockford, IL 61108 | | | 2/2010 | | | | 250.00 |
| ACCOUNT NO.<br>St. Mary's Regional Medical Center<br>93 Campus Avenue<br>Lewiston, ME 04240 | | | Medical Expenses | | | | 4,691.49 |
| ACCOUNT NO.<br>Topsham Family Medicine<br>CMMC<br>P.O. Box 4100<br>Lewiston, ME 04243-4100 | | | Medical Expenses | | | | 681.40 |
| ACCOUNT NO.<br>USM<br>P.O. Box 9300<br>Portland, ME 04104-9300 | | | Collection Account | | | | 461.34 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 13,350.31

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 30,574.28

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE Lacroix, Mickey David                                    Case No. 10-10795
                        Debtor(s)                                           (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __5__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 3, 2010**            Signature: **/s/ Mickey David Lacroix**
                                              **Mickey David Lacroix**                                Debtor

Date: _____         Signature: _____
                                                                                   (Joint Debtor, if any)
                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**Laurie Crilly**                                                                 **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**
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

**1435 Reynolds Hollow**
**Greeneville, TN 37745**
Address

_signature_                                                                        **June 3, 2010**
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Maine**

IN RE:                                                                        Case No. **10-10795**

**Lacroix, Mickey David**                                         Chapter **7**
                      Debtor(s)

## AMENDED CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of _____**2** pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date: **June 3, 2010**                       **/s/ Mickey David Lacroix**
                                                   Attorney for Debtor, or Debtor if pro se

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Advanced  Collection Services
P.O. Box 7103
Lewiston, ME   04243-7103


Affiliated Laboratory Inc.
P.O. Box 638
Bangor, ME   04402-0638


CMP
P.O. Box 1084
Augusta, ME   04332-1084


Collection Company Of America
700 Longwater Drive
Norwell, MA   02061


David Bellville
4 Stanwood Street
Brunswick, ME   04011


Eastern Mairine Medical Center
43 Whiting Hill Road, Ste. 300
Brewer, ME   04412-1006


EOS CCA
P.O. Box 296
Norwell, MA   02061


Freeport Rescue Unit N.E.T.
4 Main Street
Freeport, ME   04032


Geico
P.O. Box 9506
Fredericksburg, VA   22403

Maine General Medical Center
6 E.Chestnut Street
August, ME   04330


Mitchell Pulver
GEICO
153 Park Row, Ste. B
Brunswick, ME   04011


St. Mary's Regional Medical Center
93 Campus Avenue
Lewiston, ME   04240


Topsham Family Medicine
CMMC
P.O. Box 4100
Lewiston, ME   04243-4100


USM
P.O. Box 9300
Portland, ME   04104-9300